STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
RYAN REZAEI (CABN 285133)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
alexandra.shepard@usdoj.gov
ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEVER SUAREZ, a/k/a "Pizarro,"<br><br>Defendant. | No. 3:22-mj-70760 MAG<br><br>UNITED STATES' DETENTION MOTION AND MEMORANDUM |

## I. INTRODUCTION

The United States requests that the Court detain the defendant Hever Suarez, a/k/a "Pizarro," a professional poly-drug dealer who peddles drugs in Oakland and San Francisco, as both a danger to the community and a serious risk of flight.

Pizarro has been dealing drugs since at least late August 2021, when he and his confederate sold an undercover agent about 55 grams of heroin. Over the ensuing months, Pizarro and his confederate continued to sell drugs to the undercover agent during multiple controlled buys, including more heroin in September and October 2021 and two ounces of fentanyl and 600 M30 pills in November 2021.

From there, the DEA went on to intercept the defendant's communications during two separate

wiretap periods, first in February and March 2022 and then in May and June 2022. The defendant's intercepted communications conclusively establish that he was a prolific, professional drug dealer who peddled narcotics, including lethal fentanyl, on a daily basis; he had multiple runners working for him, whom he called "pistoleros," which is Spanish for gunfighter; he helped bring these "pistoleros" from Honduras all the way to the Bay Area; he trafficked in firearms; and he himself carried a firearm, including a Glock pistol with a 30+ round magazine.

The DEA's investigation ultimately culminated in the search of Pizarro's residence and vehicle on Monday, June 6, 2022. In the defendant's vehicle, law enforcement found the following:

- Multiple bags of fentanyl with a gross weight of 628.9 grams (a single pound – that is, 453.592 grams – of fentanyl contains approximately 226,796 lethal doses);[1]
- By the defendant's own admission, about 1,300 M30 pills (counterfeit M30 pills in this area usually contain fentanyl – not methamphetamine or any other controlled substance – and according to the DEA, four out of every ten pills that contain fentanyl that the DEA tests contain a potentially lethal dose,[2] meaning about 520 of the 1,300 seized M30 pills contain a potentially lethal dose);
- Multiple bags of methamphetamine with a gross weight of 119 grams (approximately ¼ pound);
- One bag of heroin with a gross weight of 50.8 grams; and
- Three handguns, including a Glock 23 (.40 caliber), Northern American Arms revolver (.22 caliber), and fully loaded Taurus revolver (.38 caliber).

The following is a photograph of the various drugs and drug trafficking tools of the trade – including the

[1] *See* https://www.dea.gov/sites/default/files/2021-12/DEA-OPCK_FactSheet_December%202021.pdf, last visited June 10, 2022 (December 2021 publication stating that 2 mg of fentanyl is considered a deadly dose and that 4 out of 10 pills DEA tests contain a potentially lethal dose).

Additionally, just recently a drug dealer was sentenced for dealing counterfeit M30 pills laced with fentanyl that caused overdoses in two people, killing one. *See Fentanyl Dealer Sentenced to Either Years in Overdose Death*, Northern District of California, Press Release, April 5, 2022, https://www.justice.gov/usao-ndca/pr/fentanyl-dealer-sentenced-eight-years-overdose-death, last visited June 10, 2022.

[2] *See* https://www.dea.gov/sites/default/files/2021-12/DEA-OPCK_FactSheet_December%202021.pdf, last visited June 10, 2022.

counterfeit M30 pills, sandwich bag box, Glock 23, and fully loaded Taurus revolver – found in a bag in Pizarro's vehicle:



In addition to the defendant's more recent (and extensive) criminal activity, Pizarro's immigration history establishes he's a risk of flight whose appearance cannot be reasonably assured by any conditions. In 2007, he was deported from the United States. In 2017, he was again deported from the United States. Then, in 2018, he was caught in the United States; he was convicted of illegal reentry in violation of 8 U.S.C. § 1326, sentenced to a year and a day in prison and 36 months of supervised release, and deported. Notably, it appears that Pizarro failed to report to probation upon his reentry into the United States (likely because he began selling drugs and guns). The defendant also has various arrests from 2007 and 2008 for DWI, possession of a controlled substance, and aggravated robbery; he

was convicted of aggravated robbery in 2009.

The United States requests that the Court order the defendant detained pending trial on the basis that he is a danger to the community and risk of flight.

**II. BACKGROUND**

Pizarro is a professional drug dealer who sells predominantly fentanyl, heroin, and methamphetamine. Further, wiretap intercepts – many of which are set forth below – establish he is a professional motivated by money, not any addiction.

Pizarro entered law enforcement's radar in August of 2021, when he and his confederate sold drugs to an undercover agent. As referenced above and in the above-captioned complaint, Pizarro and his confederate sold the following to the undercover agent on the following occasions:

- August 31, 2021: 55 grams of heroin. *See* Complaint, ¶¶ 8-29.
- September 16, 2021: about 17 grams of heroin. *See id.*, ¶¶ 33-40.
- October 15, 2021: 30 grams of black tar heroin. *See id.*, ¶¶ 41-54. Following the transaction, Pizarro spoke with the undercover agent and asked the agent when the agent would want more drugs so that Pizarro could have the order prepared beforehand. *Id.*, ¶ 54.
- November 3, 2021: two ounces of fentanyl and 600 M30 pills from Pizarro's confederate. *Id.*, ¶¶ 55-59. Two ounces of fentanyl contain approximately 28,350 potentially lethal doses (two ounces equates to 56,699 milligrams, and two milligrams of fentanyl is considered lethal). Based on the DEA's experience with testing fentanyl, about 240 of the counterfeit M30 pills likely contain a potentially lethal dose. *See* Footnotes 1 and 2.

Following these transactions, the undercover agent continued to speak with Pizarro about drugs. *See, e.g.*, Complaint, ¶¶ 61-62 (describing a drug-related conversation on November 11, 2021).

Several months later, in February and March 2022, the DEA intercepted Pizarro's communications. The DEA learned the following, among other things:
Pizarro was a prolific drug dealer who, on a daily basis, distributed fentanyl; that Pizarro had individuals, whom he called "pistoleros," which is Spanish for gunfighter, working to distribute drugs for him; Pizarro was also in the business of selling guns; and Pizarro himself carried a firearm, including a Glock with a 30+ round magazine.

For instance, on February 27, 2022, Pizarro was captured discussing the acquisition and price of various types of fentanyl, including "yellow" and "rainbow." During the call, Pizarro told his supplier to hurry up as he had two orders (for drugs). A summary of the call follows:

| 02/27/2022 15:20:29 | 97 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Incoming | UM7338 | (510) 302-7338 | Voice | 00:01:11.001 | Pertinent | Synopsis or Summary Complete | Spanisl |
|---|---|---|---|---|---|---|---|---|---|---|---|

UM7338 to PIZARRO

[Aside: PIZARRO heard talking to a third party saying they (third party and PIZARRO) would keep in touch.]

Parties greeted. PIZARRO referred to UM7338 as "cuñado" (brother in law/friend). UM7338 told PIZARRO to go ahead. PIZARRO told UM7338 to bring him (PIZARRO)... [Thought not finished by PIZARRO] [Aside: PIZARRO told third party alright and that they (PIZARRO ar third party) could keep in touch.] PIZARRO said it was 36 and asked UM7338 to bring him (PIZARRO) 14, 1/2 yellow and the rest in colors. UM7334 asked how many of the "rainbow" (possibly narcotics) he (UM7338) should bring and if 4 was fine. PIZARRO said 5 of "rainbow" (possibly narcotics) because people were asking for it (possibly narcotics). UM7338 asked if PIZARRO lived by the apartments on [U/I]. PIZARRO said it was on Coolidge. UM7338 said he (UM7338) was going to bring him (PIZARRO) that and would call him (PIZARRO) when he (UM7338) was near by. PIZARRO told UM7338 to hurry up so he (PIZARRO) could leave right away, because he (PIZARRO) had (to take) two orders over there to the "bandas" (possibly location in San Francisco, CA). UM7338 said okay. EOC

During another call on February 27, 2022, he discussed one of his "worker[s]" as follows:

| 02/27/2022 17:53:34 | 102 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Outgoing | ISMAEL | (720) 716-1550 | Voice | 00:00:50.002 | Pertinent | Synopsis or Summary Complete | Spanish |
|---|---|---|---|---|---|---|---|---|---|---|---|

PIZARRO to [redacted]

PIZARRO said he (PIZARRO) received the package already. [redacted] asked if PIZARRO did already. PIZARRO said yes, and told [redacted] that he (PIZARRO) had gone to San Francisco already and... [U/I] to the first worker so that he (worker) could get on it. PIZARRO said that the way they (PIZARRO and others) were going to work was that as soon as the money would start coming out, PIZARRO would call [redacted] so he (PIZARRO) could start making payments. [redacted] said alright. PIZARRO told [redacted] not to forget about the thing PIZARR told ISMAEL that was for up there. [redacted] said yes and told PIZARRO that he ([redacted] would call him (PIZARRO) to let him (PIZARRO) know. EOC

In yet another call from February 27, Pizarro talked about the various colors of fentanyl (rainbow, organze, purple, pink, yellow, fire, and green) he had available for sale, as follows:

| 02/27/2022 18:13:28 | 103 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Outgoing | UM1718 | (415) 933-1718 | Voice | 00:01:28.001 | Pertinent | Synopsis or Summary Complete | Spanish |
|---|---|---|---|---|---|---|---|---|---|---|---|

PIZARRO to UM1718

PIZARRO asked UM1718 how things were. UM1718 said he (UM1718) was eating right now. UM1718 said he (UM1718) had gone there early and it was pretty calm all day. PIZARRO said he (PIZARRO) just wanted to let UM1718know that PIZARRO stopped (working) with thi (possibly narcotics), with the "horrible" thing (possibly narcotics). UM1718 asked PIZARRO what he (PIZARRO) had then. PIZARRO said he (PIZARRO) did not have any of the "blue" kind, but he (PIZARRO) had "rainbow, orange, purple, pink, yellow, fire and green." UM171 said he (UM1718) would call PIZARRO back [U/I] tomorrow and would let third party know to cancel the... [thought was not finished by UM1718] UM1718 asked if PIZARRO had any "Crico" (possibly narcotics). PIZARRO said he (PIZARRO) had not gotten any "Crico" (possib narcotics) because it (possibly narcotics) was expensive. PIZARRO said he (PIZARRO) would like (some) because this was some "new work" (possibly narcotics). PIZARRO said he (PIZARRO) had mentioned it to UM1718 that he (PIZARRO) was working with new people and the only thing was that he (PIZARRO) could only give this "work" (possibly narcotics) for 3 days, because PIZARRO had to get this people first. PIZARRO told UM1718 that he (PIZARRO) was talking about some excellent "work" (possibly narcotics). UM1718 said 3 days was fine. PIZARRO said it (possibly narcotics) was nothing but [U/I] and pretty hard, and no one would complain to UM1718 about it (possibly narcotics). UM1718 said they (PIZARRO and UM1718) could talk tomorrow then. PIZARRO said okay. EOC

Also on February 27, Pizarro was captured discussing his drug "business," and how his little brother who had just come from Honduras did not understand how the business worked. Pizarro was also captured discussing the six phone numbers he was using (to deal drugs):

| 02/27/2022 19:19:32 | 118 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Outgoing | UM5642 | (727) 377-5642 | Voice | 00:05:45.997 | Pertinent | SYNOPSIS REVIEWED | Synopsis or Summary Reviewed | English |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

PIZARRO to UM5642

PIZARRO asked if UM5642 remembered him (PIZARRO). PIZARRO told UM5642 that PIZARRO's little brother used to fuck with him (UM5642) and that PIZARRO had met him (UM5642) at the park last time. UM5642 said yes and asked PIZARRO what was up. PIZARRO said (PIZARRO) was just chilling and told UM5642 that after PIZARRO's brother got into some dumb shit, PIZARRO told him (PIZARRO's brother) how the business was supposed to go. UM5642 said he (UM5642) got somebody that he (UM5642) was fucking with right now and UM5642 was paying 350 each one and it was [U/I]. UM5642 said he (UM5642) got the "rainbow" like the one he (PIZARRO) showed him (UM5642) in the pictures. PIZARRO said he (PIZARRO) was going to give it (possibly narcotics) to him (UM5642) for $3. UM5642 said he (UM5642) could not do business like PIZARRO's little brother was doing. PIZARRO told UM5642 that he (PIZARRO) had been here most of his (PIZARRO's) life and his (PIZARRO's) little brother had barely came from Honduras and did not understand how things (business) work. UM5642 said okay. PIZARRO said he (PIZARRO's brother) had barely gotten to the house and PIZARRO asked him (PIZARRO's brother) what had happened with PIZARRO's old boy and he (PIZARRO's brother) told him (PIZARRO) that somebody else had gotten him (UM5642). PIZARRO said he (PIZARRO) told his (PIZARRO's) brother that he (PIZARRO's brother) was a fucking dumbass because PIZARRO had already told him (PIZARRO's brother) that they (PIZARRO and others) were going to take care of his (PIZARRO's) old man rea good.

UM5642 said he (PIZARRO's brother) made UM5642 feel so uncomfortable doing some stupid shit. UM5642 said he (PIZARRO's brother) had UM5642 go see other people and other shit. UM5642 said he (PIZARRO's brother) was trading his (PIZARRO's brother) stuff to somebody else so that [U/I] get something that he (UM5642) wanted. PIZARRO said he (PIZARRO) got him (UM5642) and would give it (rainbow, possibly narcotics) to him (UM5642) for 3 dollars. UM5642 said he (UM5642) understood but it was very bad. PIZARRO said he (PIZARRO's brother) had been here for 9 months because he (PIZARRO's brother) was in Honduras before fucking it up. PIZARRO said he (PIZARRO) wanted to know what had happened with UM5642 and asked him (PIZARRO's brother) for UM5642's number, but he (PIZARRO's brother) did not want to give it (UM5642's number) to him (PIZARRO). PIZARRO said he (PIZARRO) wanted to take care of him (UM5642) and remember that last time he (UM5642) wanted to get some straight [U/I] and PIZARRO was going to have some of tha but it was going to be more expensive. UM5642 said okay. PIZARRO told UM5642 to trust him (PIZARRO) because they (PIZARRO and UM5642) were going to make some money. UM5642 said he (UM5642) would probably see him (PIZARRO) tomorrow. UM5642 said he (UM5642) got some money coming in tomorrow and would get 10 of them (possibly narcotics). PIZARRO said that if UM56742 got 10, he (PIZARRO) would give him (UM2613) an extra half of any kind of color (possibly narcotics) he (UM5642) would want. UM5642 said okay

UM5642 said he (UM5642) asked him (PIZARRO's brother) about him (PIZARRO) and he (PIZARRO's brother) would say that he (PIZARRO) would be out of shit (possibly narcotics). UM56742 said that he (PIZARRO's brother) told him (UM5642) PIZARRO did not have any more of that "blue" (possibly narcotics) and people loved that shit. PIZARRO said he (PIZARRO) was not working with that dude (possibly third party PIZARRO was getting "blue" from) right now but could get it (blue, possibly narcotics) too. UM5642 said okay. PIZARRO saic he (PIZARRO) had sent UM2613 a picture and now he (UM2613) knew he (PIZARRO) was not fucking around. UM2613 said yeah. PIZARRO said he (PIZARRO) got another (phone) number and was going to text or call UM5642 tomorrow. PIZARRO said he (PIZARRO) had si: other (phone) numbers, so would call UM2613 from another one of his (PIZARRO's) (phone) numbers in case PIZARRO did not answer this one. UM5642 said he (UM5642) also had another number and would give it to PIZARRO. PIZARRO told UM2613 to send him (PIZARRC a text and said he (PIZARRO) was going to take care of UM5642 real good and he (UM5642) was going to like it. Parties bid farewells. EOC

In a call from March 2, 2022, Pizarro was caught talking to an individual about how an associate – most likely Pizarro's brother, because the day before, on March 1, 2022, Pizarro was captured saying his brother got caught with a "cuete," i.e., gun (TT2, Intercept No. 248) – had been caught with a gun and how the cops were going to test it to determine if anyone had been killed with the gun. During the same call, Pizarro recognized the seriousness of being caught with a gun.

| 03/02/2022 09:07:44 | 257 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Outgoing | BOSS REVOLUTION APP | (716) 271-1616 | Voice | 00:05:17 | Pertinent | SYNOPSIS REVIEWED | Synopsis or Summary Reviewed | Spanish |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Recording- You have $7.47 remaining in your account. Please enter the telephone number you wish to...You have 40 minutes remaining for this call. Thank you for choosing Boss Revolution

PIZARRO to UF1616 (Mom)

UF1616 greeted PIZARRO as son and said the call was cutting in and out. PIZARRO said that was because there was poor signal and said that was the reason he (PIZARRO) called normal (possibly landline vs a mobile app). PIZARRO asked how he (PIZARRO) was supposed to look for him (Colocho). PIZARRO said this (USA) was not Honduras and would not be able to get information just by the name Colocho. UF1616 said she (UF1616) did not where he (Colocho) was taken to. PIZARRO said he (Colocho) would not be taken anywhere, he (Colocho) was there. PIZARRO said he (PIZARRO) passed everyday by the jail where he (Colocho) was (locked up). UF1616 asked why PIZARRO did not go ask. PIZARRO said because they (cops) would tell him (PIZARRO) to go join him (Colocho). PIZARRO said his (PIZARRO) wife could go ask, but who would they (PIZARRO and wife) ask for, if for Colocho. PIZARRO said there was way too many people named Colocho. UF1616 said yeah. PIZARRO said they (PIZARRO and wife) could not go ask for the guy who was [U/I]. UF1616 said they (UF1616 and PIZARRO) would wait then to see if he (Colocho) reached out to her (UF1616). PIZARRO said he (Colocho) had to call UF1616 and said everything was a process. PIZARRO said he (Colocho) would have to get in touch with UF161 or with him (PIZARRO). PIZARRO said he (Colocho) had been arrested with a gun and that gun was most likely getting tested and everything to find out if anyone had been killed with it (gun). UF1616 asked if he (Colocho) was arrested with a gun then. [Aside: UF1616 asked if a call was coming in, because there was a dial tone.] UF1616 asked if he (Colocho) had been arrested with a gun. PIZARRO said yes, with a "cuete" (firework/possibly gun). UF1616 said hopefully no one was killed with that gun. PIZARRO said hopefully, if not he (Colocho) would be screwed.

PIZARRO said the famous Catalino was locked up there (jail) as well, for the same thing. PIZARRO said there were 4 guys who had been locked up there (jail) for 2-3 weeks for the same thing, for gun (possession). PIZARRO said that (gun possession) was something serious. UF1616 said okay, they (UF1616 and others) would see what happened then and if anything she (UF1616) would let PIZARRO know once he (Colocho) called. PIZARRO said [U/I] would add money to the phone, because the account only had 229 balance. UF1616 said she (UF1616) had not noticed (how much balance was left). UF1616 said she (UF1616) could go add 8 pesos to it (phone balance). PIZARRO said no way. UF1616 said if they (PIZARRO and others) were able to get the money that her (UF1616) son (possibly Colocho had sent her (UF1616) ... [thought not finished by UF1616] PIZARRO said he (PIZARRO) was going to send Moco to go and do that errand. PIZARRO said he (PIZARRO) had the receipt (possibly for money transfer) there. PIZARRO said he (PIZARRO) had that guy's ID and would send Moco later to go and cash that (possibly money transfer). UF1616 said yes, because she (UF1616) needed that money. PIZARRO said he (PIZARRO) would send Moco to go and cash it (possibly money transfer). UF1616 said okay and said she (UF1616) was getting another call and would talk to PIZARRO later. PIZARRO said okay.

In another call from March 2, 2022, Pizarro was captured trying to sell firearms, including a Smith and Wesson, and ammunition. Significantly, Pizarro described one of the guns as "**just like the one [Pizarro] carried**" (emphasis added). The following is a summary of the call:

| 03/02/2022 14:29:13 | 276 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Incoming | UM4076 | (510) 200-4076 | Voice | 00:01:19.004 | Pertinent | SYNOPSIS REVIEWED | Synopsis or Summary Reviewed | Spanish |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

UM4076 to PIZARRO

UM4076 asked how much PIZARRO wanted for the 3 (40,9 and 38 revolver). PIZARRO said the 40 had 2 magazines full of bullets, plus 2 boxes of bullets and for that one (40) they (third partiy) were asking 1,500. PIZARRO said that was a good price because it was a Smith and Wesson. UM4076 said that one was cool. PIZARRO said the guy (third party) was asking 1,500 for it (40 caliber). PIZARRO said he (PIZARRO) was there with some friends that were Filipino. PIZARRO said the other one (possibly 9 caliber) had 2 magazines, plu 1 magazine and were asking for another 1,500. UM4076 asked if the [U/I]. PIZARRO said yes, it (possibly 9 caliber) had 3 magazines and was just like the one PIZARRO carried. PIZARRO said it was a Glock as well and had 3 magazines. PIZARRO said for the 38 (revolver) they (third parties) were asking "milagro" (miracle/possibly 1,000) because it was full of bullets. PIZARRO said they (third parties) wanted 4 bucks (possibly 4,000) for everything. UM4076 said okay, he (UM4076) would give PIZARRO a call back in about 2 minutes. PIZARRO said okay, he (PIZARRO) would be waiting. UM4076 said okay.

On March 6, 2022, Pizarro was intercepted saying that he had just come back from picking up the "cuete" – which, law enforcement learned from other intercepted calls, is Pizarro's code for firearm – and discussing how an individual was looking for heroin ("night"), as follows:

| Pertinent | 390 | (510) 695-6803 | 03/06/2022 | 18:23:34 | 00:04:17 | Incoming | (415) 528-9420 | Yesica CARILLC |
|---|---|---|---|---|---|---|---|---|

CARILLO TO PIZARRO

CARILLO asked what PIZARRO was doing. PIZARRO said he (PIZARRO) had just come back from picking up the "cuete" [fireworks/possibly firearm). PIZARRO said he (PIZARRO) was with this dude and that he (dude) was telling PIZARRO that he (dude) was doing some other business [U/I]. [Background: music] PIZARRO said the dude was looking for some night (possibly narcotics) or something. CARILLO asked for clarification and asked what that (night) was. PIZARRO said the the dark one , the black one (possibly narcotics).

PIZARRO said he had about 4 full bags (possibly narcotics) on him (PIZARRO). CARILLO said, oh really. PIZARRO said a bunch of 1/4's (possibly quarter ounces, possibly narcotics).

That same day, Pizarro complained about needing an 1/8 of "feno" (in the drug world, an 1/8 is an eighth of an ounce, which equates to 3.5 grams or 3,500 milligrams; in total, this would contain 1,750 potentially lethal doses of fentanyl). Pizarro also asked about "perico," which is commonly used as code for "cocaine," and whether the caller knew if anyone wanted some "cuetes" (guns). Pizarro said he had a .45 caliber firearm with two "chargers" (magazines), two boxes of bullets, and a Glock (likely a nine millimeter). Pizarro also said he had a 33 clip – likely for the Glock. In fact, a 33-round magazine – which is illegal under California law – is made for Glock. A summary of the call follows:

| Pertinent | 393 | (510) 695-6803 | 03/06/2022 | 19:44:33 | 00:01:43.996 | Outgoing | (341) 777-4840 | GORDO |
|---|---|---|---|---|---|---|---|---|

PIZARRO to UM4840

PIZARRO complained and said he (PIZARRO) needed an 1/8 of Feno (possibly narcotics) to give him (PIZARRO) a pick him (PIZARRO) up. PIZARRO said he (PIZARRO) was fucked and asked for UM4840's help. UM4840 said sure, but would not have that made (possibly narcotics) until tomorrow. PIZARRO said he (PIZARRO) could not believe that. UM4840 said he (UM4840) only had some of the colored ones (possibly narcotics). PIZARRO id'd UM4840 as GORDO and asked him (UM4840) where he (PIZARRO) could get a 1/4 of "perico" (parrot, possibly cocaine). UM4840 sai Guarucho [PH] would be the only one (who might have it). PIZARRO asked UM4840 for Guarucho's number and told UM4840 that he (PIZARRO) really appreciate it, since he (PIZARRO) was barely starting. UM4840 said okay. PIZARRO asked UM4840 to get him (PIZARRO) the number because he (PIZARRO) needed 1/4 for a [U/I] he (PIZARRO) had. UM4840 was going to send it (Guarucho's number) to him (PIZARRO).

PIZARRO asked if he (UM4840) knew anyone who wanted some "cuetes" (fireworks, possibly guns). UM4840 asked what kind. PIZARO said he (PIZARRO) had a 45 with 2 chargers (possibly magazines), 2 box of bullets, a 9 Glock with a 33 clip (possibly 33-round) and two 12 clip (possibly 12--round). UM4840 was going to find out shortly. PIZARRO said to send him (PIZARRO) the (Guarucho's) number because he (PIZARRO) needed i (possibly narcotics). UM4840 said he (UM4840) would send it (Guarucho's number) right away. EOC

Another call from March 6 conclusively establishes that Pizarro was selling firearms and magazines ("chargers"), and that he himself had a Glock with a magazine that could hold more than 30 rounds:

Pertinent 403 (510) 695-6803 03/06/2022 20:03:54 00:03:07.997 Outgoing (408) 854-4448 MINOR

PIZARRO TO MINOR [Id'd in call 399, per PIZARRO]

PIZARRO asked how everything was going and MINOR said fine. PIZARRO told MINOR that there was a .45 Smith & Wesson [U/I] with 2 boxes of bullets and 2 chargers (possibly magazines). PIZARRO then said there was a Glock with 31 shots like the one he (PIZARRO) had, the same with 2 chargers (possibly magazines) as well. MINOR said all right and [U/I]. PIZARRO said there was some dude that was selling them (firearms). PIZARRO said he (PIZARRO) could not [U/I] that one. PIZARRO said he (PIZARRO) was able to get one (possibly firearm) but could not sell that one to MINOR. PIZARRO said he (PIZARRO) got a .38 [U/I]. PIZARRO said he (PIZARRO) got it really [U/I] from that dude. PIZARRO said he told that dude it (firearm) was pretty and gave him (dude) [U/I] bucks.

MINOR asked [U/I] about the other ones [firearms). PIZARRO asked if MINOR wanted to get the other ones (firearms) and added that the .45 was a monster. Minor asked about the [U/I] that it (firearm) had. PIZARRO asked if the price and MINOR said yeah. PIZARRO said that the price for the

| Record Flag | Call Number | Target | Date | Time | Duration | Direction | Contact ID | Contact Nam |
|---|---|---|---|---|---|---|---|---|

.45 was 1,300 and for the other one it was 1,200 [PH]. PIZARRO said the .45 was [U/I]. MINOR said no [U/I]. PIZARRO said he (PIZARRO) got the .38 because he (PIZARRO) liked it. MINOR said [U/I]. PIZARRO said he (PIZARRO) could not believe it. PIZARRO said he (PIZARRO) had one that was [U/I]. MINOR said he (MINOR) got [U/I] for cheap. PIZARRO asked how much and if 13 [PH]. MINOR said yes. PIZARRO said MINOR got it (possibly firearm) for a cheap price. PIZARRO said he [U/I] for 17 and [U/I]. MINOR said a Smith and Wesson [U/I]. PIZARRO said the was a good deal. MINOR said [U/I]. PIZARRO said he (PIZARRO) told himself he (PIZARRO) did not need to have all those firearms. MINOR said later [U/I] wit nothing.

During a call on March 7, a caller joked about how Pizarro was now known as the "rich guy" and how one had to go through a "secretary" to make an appointment to speak with him. Pizarro and the caller then talked about fentanyl ("yellow") and how Pizarro's brother would deliver what was needed:

03/08/2022 16:15:26 450 TT2- Hever Suarez-PIZARRO (510) 695-6803 Incoming GUANACO (510) 228-6732 Voice 00:02:05.002 Pertinent Synopsis or Summary Complete Spanish

GUANACO to PIZARRO

[UF answered PIZARRO's phone]

GUANACO asked if Hever (PIZARRO) was available. UF asked if it was Salva [PH] speaking. GUANACO said yes.

[PIZARRO got on the phone]

GUANACO asked if PIZARRO was now called the rich guy that had millions, since now one had to go through a secretary and make an appointment to talk to him (PIZARRO). PIZARRO said yeah and asked what was up. GUANACO said he (GUANACO) was heading to the block and asked PIZARRO to meet him (GUANACO) there (block), since he (GUANACO) needed 4. GUANACO told PIZARRO to be on the look out, because in 10 minutes they (third party) would confirm and told PIZARRO they (third party) had called him (GUANACO). PIZARRO asked GUANACO for clarification. GUANACO said they (third party) would confirm them (4, possibly narcotics) in 10 minutes. PIZARRO told GUANACO to confirm soon, because he (PIZARRO) had something to do at 5:00 (PM). PIZARRO then told GUANACO not to worry, since he (PIZARRO) could send his (PIZARRO's) brother to deliver them (4, possibly narcotics). GUANACO said yes, and told PIZARRO to make sure it (4, possibly narcotics) was of the good (quality) "yellow" (possibly narcotics) ones. PIZARRO said yes, and told GUANACO he (PIZARRO) would send his (PIZARRO's) brother, so told GUANACO to confirm. GUANACO said alright.

GUANACO asked how much PIZARRO had said they (yellow, possibly narcotics) were. PIZARRO asked how much he (PIZARRO) gave them (yellow, possibly narcotics) to GUANACO last time. GUANACO said 250. PIZARRO said 250 was fine. PIZARRO asked GUANAC to confirm, so he (PIZARRO) could send them as a whole piece. GUANACO said alright. EOC

On March 9, 2022, Pizarro was intercepted discussing immigration routes through various parts of Mexico; he was helping guide someone through their journey on the way to the United States:

| System Date Time | Call Number | Target Name | Target | Direction | Contact Name | Contact ID | Call Type | Duration | Record Flag | Labels | Workflow Status | Languag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/2022 12:33:02 | 496 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Incoming | UM5166 | +52-9161015166 | Voice | 00:10:04.002 | Pertinent | SYNOPSIS REVIEWED | Synopsis or Summary Reviewed | Spanish |

UM5166 to PIZARRO

Parties greeted. PIZARRO asked where UM5166 was. UM5166 said they (UM5166 and others) were by Irapuato (Guanajuato, Mexico). PIZARRO said okay and asked if they (UM5166 and others) were waiting for the train under the bridge. UM5166 said yes, by th bridge. PIZARRO said UM5166 had to get the train there, a little further up. PIZARRO said if the "garroteros" showed up, they (garroteros) would be looking for the gangsters that stole from the train. PIZARRO said if that happened for UM5166 to say they (UM516 and others) were catrachos (people from Honduras) and show UM5166's identity. PIZARRO said that way they (UM5166 and others) did not get into any problems. PIZARRO said there was only one spot after Irapuato where those guys (gangsters) could get on (the train). UM5166 said okay. PIZARRO said if the gangsters got on the train to steal, then for UM5166 to pretend he (UM5166) did not see anything and turn the other way. PIZARRO said UM5166 would be arriving to Guadalajara (Mexico) from there (Irapuato). UM5166 said okay, and said they (UM5166 and others) were waiting there for the train to come. PIZARRO asked if Mauro was there as well, UM5166 said yes. PIZARRO said they (UM5166 and others) had to go through Algodones (Baja California, Mexico). UM516 said okay. PIZARRO said once there (Algodones) ... [thought not finished by PIZARRO] PIZARRO said if they (UM5166 and others) got stuck somewhere, PIZARRO could send them (UM5166 and others) like 50 bucks for food, in case they (UM5166 and others) di not have (money) for food. PIZARRO said once UM5166 got to Guadalajara (Jalisco, Mexico) he (UM5166) would go to the FM4, which was the immigration house. PIZARRO said UM5166 would change there (FM4), get blankets, and food. PIZARRO said once UM5166 left there (FM4), the train would take off in a flash, but there was a little town by the train tracks where a whole bunch of gangsters hung out at. PIZARRO said it (town) was called Pueblo Quieto (Guadalajara, Jalisco, Mexico). PIZARRO said those dudes (gangsters) were Sureños 13, but would not say anything. PIZARRO said they (gangsters) would just charge them (UM5166 and others) to stop the train, because they (UM5166 and others) would not be able to get on that train, because it passed by way too fast. PIZARRO said there was a fat gangster and said he (PIZARRO) had friends there and told UM5166 not to worry. PIZARRO said they (UM5166 and gangsters) would come to an agreement there.

PIZARRO asked how many people UM5166 was with, UM5166 said they (UM5166 and others) were 6 (total). PIZARRO asked if everyone was headed to the same place. UM5166 said yes, everyone to Algodones (Baja California). PIZARRO said Mamo was already on the 86, Mamo would be in Phoenix in 2-3 days because he (Mamo) had already passed the 86 in Tucson, Arizona. UM5166 said that was good. PIZARRO said Mamo was doing good. PIZARRO said he (PIZARRO) could have sent them (UM5166 and others) that way (possibly through Tucson), but the thing was that 3,500 dollars were needed there (Tucson, Arizona). UM5166 asked what about over by [U/I]. PIZARRO said by Algodones it was risky, and UM5166 could either make it or not. PIZARRO said they (PIZARRO a UM5166) would see what happened. PIZARRO said it was up to UM5166, which way (route) he (UM5166) wanted to take. PIZARRO said Mamo had paid 3 bucks, but he (PIZARRO) had not made anything off it, but he (Mamo) was more secure because he (Mamo) had a guide (possibly people smuggler). UM5166 asked if there, by [U/I]. PIZARRO repeated Mamo was on the 86, waiting to get food. PIZARRO said they (PIZARRO and UM5166) could try and get a group, but was not sure if the others (UM5166 was with) would have the hook up (possibly money) to go with the guide (possibly people smuggler) that he (PIZARRO) had. UM5166 said yeah, they (UM5166 and PIZARRO) did not know if the others had the hook up (possibly money). PIZARRO said that was the problem,

System Date Time | Call Number | Target Name | Target | Direction | Contact Name | Contact ID | Call Type | Duration | Record Flag | Labels | Workflow Status | Languag

because he (PIZARRO) would be able to help UM5166 and UM5166 would go up there. UM5166 asked if up there where [U/I]. PIZARRO said they (PIZARRO and UM5166) would have to pay the mafia [PH] over there as well, by Algodones, but was not sure how much was being charged. PIZARRO told UM5166 to concentrate on getting to the border first. PIZARRO said from Guadalajara (Jalisco, Mexico), UM5166 would arrive to Tepic, Nayarit (Mexico), and from Tepic to Mazatlan (Sinaloa, Mexico), Culiacan (Sinaloa,Mexico), Sufrajio (Sinaloa, Mexico), Mochis, Sinaloa and all of that up there. PIZARRO said once UM5166 got to Mazatlan ... [thought not finished by PIZARRO] PIZARRO said if the train did not leave soon, he (PIZARRO) would send a buddy to UM5166 there (Mazatlan). PIZARRO said he (PIZARRO) would send a buddy some money so he (buddy) could take some bucks to UM5166. UM5166 said okay, and said this was his (UM5166) number. PIZARRO asked UM5166 to text him (PIZARRO) via WhatsApp because he (PIZARRO) could not make calls to Mexico. PIZARRO told UM5166 to always be careful because that train was no joke and referred to UM5166 as Chucho [PH]. UM5166 said okay. PIZARRO said that train could kill (people) in seconds. PIZARRO said UM5166 had to get on it (train) and go inside it (train). PIZARRO said UM5166 should not be getting on and off. PIZARRO said UM5166 had to get on it (train), get his (UM5166) food and always be on it and alert because that train went fast. UM5166 said yeah.

UM5166 said they (UM5166 and others) had gotten on a train over in Apizaco (possibly Puebla, Mexico) all the way to there (Irapuato). PIZARRO said he (PIZARRO) did not know which train UM5166 was going to get onto right now, but if UM5166 got on the Intermodal (train), the Intermodal would go fast all the way to Caborca (Sonora, Mexico). PIZARRO said it (Intermodal train) would only stop 5 minutes at each (train) station and would take off. PIZARRO said he (PIZARRO) had gotten onto the Intermodal (train) when he (PIZARRO) brought Pelo over (to USA) and had gotten it (Intermodal train) from Tepic, Nayarit (Mexico) and had stopped at Hermosillo (Sonora, Mexico). PIZARRO said he (PIZARRO) had gone without no food or water because that fucking train (Intermodal) had not stopped (for longer). UM5166 said [U/I] like that yesterday, without eating, until they (UM5166 and others) arrived there (Irapuato). PIZARRO said everything had grown [U/I] and told UM5166 to tell Tavo [PH] not to worry and told UM5166 f him (UM5166) and all the other people to pray to God and all saints. UM5166 said yeah.

PIZARRO said from Mazatlan, after arriving to Culiacan, a "chele" (person of white skin per Urban dictionary) was going to get on (the train) with a "cuete" (firework/possibly gun). PIZARRO said he (chele) was a security guard and would be taking care of the train. PIZARRO said if there were any problems, and if he (chele) said anything to UM5166, then to tell him (chele) his (UM5166) cousin had passed by there [U/I] Tatuado (tattooed, PIZARRO's nickname). PIZARRO said [U/I] as a last resort. PIZARRO said those guys were friends. UM5166 said yes and asked [U/I]. PIZARRO said UM5166 did not have to say he (UM5166) was Tatuado's cousin if everything was going well. PIZARRO said it was only as a last resort. UM5166 said okay and asked in which place (city) would that guy (chele) get on it (train). PIZARRO said he (chele) was not a gangster, but was in the mafia. PIZARRO said he (chele) worked there as a security guard, watching over the trains, but was in the mafia. PIZARRO said he (chele) was a light skin tall guy. PIZARRO said he (chele) looked like from immigration because he (chele) was well built, had brown pants and had 2 "cuetes" on the side. PIZARRO said that guy was the one who got the thieves off the train. PIZARRO said it was all good, they (UM5166 and others) just had to say they (UM5166 and others) were immigrants. PIZARRO said if UM5166 had money, for UM5166 to roll it (money) up and put it (money) inside the mouth every time [U/I]. PIZARRO said if not, well camouflaged. PIZARRO said for UM5166 to let him (PIZARRO) know once UM5166 arrived to Mazatlan, because if his (PIZARRO's) buddy was there in Mazatlan, he (PIZARRO) would send him (buddy) 100 bucks so he (buddy) could go take them (UM5166 and others) 50 bucks. PIZARRO said he (buddy) lived there next to the train (tracks). UM5166 asked if there in Mazatlan. PIZARRO said in Sinaloa. UM5166 said okay. Parties said their goodbyes.

Also on March 9, 2022, Pizarro and an associate were caught discussing the presence of law enforcement and how an area had become too "hot," which in turn caused Pizarro to leave (of course, before that, Pizarro was captured discussing two ounces of methamphetamine ("crystal")):

| System Date Time | Call Number | Target Name | Target | Direction | Contact Name | Contact ID | Call Type | Duration | Record Flag | Labels | Workflow Status | Langua |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/2022 20:02:06 | 536 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Outgoing | GORDO | (341) 777-4840 | Voice | 00:00:36.006 | Pertinent | | Synopsis or Summary Complete | Spanish |

PIZARRO to GORDO

PIZARRO asked if GORDO could get him (PIZARRO) 2 ounces of "crystal" (possibly meth). GORDO said it was hot there (GORDO's location) and told PIZARRO Minor was stopped/caught (by law enforcement). PIZARRO asked when. GORDO said at around 2:00-3:00 (PM). PIZARRO asked if he (Minor) was taken and if they (possibly law enforcement) found the his (Minor's) "cuetes" (fireworks, possibly firearms). GORDO said she (GORDO) did not think so. PIZARRO said yikes and bid farewell. EOC

SB: MC

| System Date Time | Call Number | Target Name | Target | Direction | Contact Name | Contact ID | Call Type | Duration | Record Flag | Labels | Workflow Status | Langua |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/2022 20:19:48 | 537 | TT2- Hever Suarez-PIZARRO | (510) 695-6803 | Outgoing | UM4224 | (415) 410-4224 | Voice | 00:01:29.997 | Pertinent | | Synopsis or Summary Complete | Spanish |

PIZARRO to UM4224

Parties greeted. PIZARRO asked what had happened and if it (streets, possibly San Francisco) got hot (high police presence). UM4224 said it continued to be hot (high police presence), because the guys (possibly law enforcement) kept passing through there (possibly streets of San Francisco). UM4224 said he (UM4224) left and came back a while later, but he (UM4224) tried to remain hidden. PIZARRO said that was why he (PIZARRO) left as well. UM4224 said if he (UM4224) ever told PIZARRO to sell to a guy (customer) and he (PIZARRO) did not trust the person, then he (PIZARRO) should not sell to them (customer) and asked if PIZARRO understood. PIZARRO said yes. UM4224 said that was why [U/I], because they (third party) had a lot of work and wanted to sell to the "Mara" (other gangs) and the "Papa" as well. UM4224 said sometimes that (possibly getting caught) happened for being so greedy. PIZARRO said he (PIZARRO) was not like that, since the only thing he (PIZARRO) wanted to do was give the guy (fourth party) the 1/2 (half) and [U/I]. PIZARRO said when they (UM4224 and others) tried to get him (PIZARRO) he (PIZARRO) got scared. UM4224 said it was fine that PIZARRO sold his (PIZARRO's) stuff, but he (PIZARRO) needed to know whom to sell to. PIZARRO said he (PIZARRO) was not like them (UM4224 and others) by being there everyday, so he (PIZARRO) did not know the people. PIZARRO said he (PIZARRO) could have gotten stopped for 20 pesos and they (possibly law enforcement) would had found him (PIZARRO) with all that other stuff. UM4224 said it was not a problem and told PIZARRO he (UM4224) would only tell PIZARRO to sell to people he (UM4224) knew. PIZARRO said alright and told UM4224 he (PIZARRO) was just a call away if UM4224 needed anything. UM4224 said he (UM4224) knew. EOC

Later, on March 17, 2022, Pizarro was caught talking about how a black man had gotten beaten up. Pizarro said it was too much to put up with that man and "they" asked Pizarro what to do with him. **Pizarro told them to fuck him up, and if there was a problem, Pizarro had a gun ("cuete") on him**:

BB-21-0064 1102 (510) 695-6803 03/17/2022 17:59:43 00:01:18.998 Incoming (510) 228-6732 GUANACO

GUANACO to PIZARRO

PIZARRO told GUANACO no to go over there to Ellis because [U/I] was over there (Ellis St). PIZARRO said he (PIZARRO) was going to go there to those "bandas" (possibly barriers) were. PIZARRO said that black guy jut got beat up. PIZARRO said it was too much to put up with that (black guy and they (third party) asked him ( PIZARRO) what to do with him (possibly fat black guy and PIZARRO told them (third party) to fuck him up, and there was a problem, he (PIZARRO) had a "cuete" (firecracker, possibly gun) on him (PIZARRO). GUANACO said oh. PIZARRO said they (third party) fuck him (possibly beat fat guy up) up. PIZARRO said the fat guy had been fucking things up. GIUANACO asked what had happened and if [U/I]. PIZARRO said yes, they (third party) took his (fat guy's) shit off and beat the hell out of him (fat guy) in the middle of the street. GUANACO

| Case Name | Call Number | Target | Date | Time | Duration | Direction | Contact ID | Contact Nam |
|---|---|---|---|---|---|---|---|---|

asked if it was all the guys (possibly PIZARRO's people). PIZARRO said they (third party) all did and only left him with his necklace. GUANACO saic oh. PIZARRO said he (PIZARRO) was going to go over there but was now going to head back, and go up there instead. GUANACO said okay. EOC

Significantly, all throughout the wiretap it was plain that Pizarro, who lived in Oakland, was dealing his drugs in San Francisco, including, for example, the following:

*<u>March 20, 2022 – intercepted call indicating Pizarro was over by Mission</u>*

03/20/2022 18:54:31 1417 TT2- Hever Suarez a.k.a. PIZARRO (510) 695-6803 Incoming UM9910 (415) 524-9910 Voice 00:00:45.996 Pertinent SYNOPSIS REVIEWED Synopsis or Summary Reviewed Spanish

UM9910 to PIZARRO

Parties greeted. UM9910 said he (UM9910) was by Leavenworth and Golden Gate and asked if PIZARRO was near by. PIZARRO said he (PIZARRO) was over by Mission and [U/I], then asked what UM9910 needed. UM9910 said there was a guy (third party, customer) th wanted an 8 (1/8) of "crystal" (possibly narcotics). PIZARRO said he (PIZARRO) was far from there (Leavenworth and Golden Gate), but might head over. UM9910 said yeah and asked PIZARRO to call him (UM9910) if he (PIZARRO) dropped by there (Leavenworth and Golden gate). PIZARRO said alright. EOC

*<u>March 23, 2022 – intercepted call at 14:33:47 indicating Pizarro was near Ellis and Hyde (in the Tenderloin) and that Pizarro was wary of law enforcement's possible presence in the area</u>*

(510) 695-6803 Pertinent 1572 03/23/2022 14:33:47 00:00:46.003 Outgoing (281) 904-2700 UM2700

PIZARRO to UM2700

PIZARRO said there were 3 guys (possibly undercover cóps) asking. PIZARRO said one guy (possibly undercover cop) had a black sweater with dirty white pants. PIZARRO said there was also a crippled [PH] guy and another guy with a gray sweater and [U/I]. PIZARRO said they (3 guys) had just ask a dude (third party) there where he (PIZARRO) was on Ellis and Hyde. PIZARRO told UM2700 to be on the lookout and to [U/I], that there were 3 (guys). UM2700 said okay and thanked PIZARRO. PIZARRO said they (3 guys) were on their way up there and were in the (Chevrolet) Tahoe. PIZARRO said they (3 people) were going up to Ellis and Hyde.

*<u>But just minutes later, at 14:37:29, Pizarro was asked by a caller if he had the "night," which is common code for heroin. Pizarro said yes and told the caller to be on the lookout because it was "hot," meaning law enforcement was around</u>*

(510) 695-6803 Pertinent 1575 03/23/2022 14:37:29 00:00:20.994 Incoming (415) 410-4224 UM4224

UM4224 to PIZARRO

UM4224 asked if PIZARRO had the "night" (possibly narcotics) kind. PIZARRO said yes, and said he (PIZARRO) would wait for UM4224 there. PIZARRO told UM4224 to be on the lookout because it was hot (possibly high police presence). UM4224 said okay.

*Additional calls on March 23, 2022, where Pizarro was discussing fentanyl ("purple," "pink," and "white") and told a caller to be on the alert, and with Pizarro saying he was at Ellis and Leavenworth*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (510) 695-6803 | Pertinent | 1584 | 03/23/2022 | 17:04:41 | 00:00:57.009 | Outgoing | (510) 761-4590 | UM4590 |

PIZARRO to UM4590

PIZARRO asked UM4590 if he (UM4590) remembered the 10 "animals" (possibly narcotics) that UM4590 brought him ( PIZARRO) last time. UM4590 acknowledged. PIZARRO said three (3) were returned, one (1) "purple," one (1) "pink" and one (1) "white." UM4590 said he (UM4590) was not there at the moment. PIZARRO said they (UM4590 and PIZARRO) could talk later. UM4590 said he (UM4590) would call PIZARRO once he (UM4590) got back and told PIZARRO they (third party) were going to bring a car to Hayward (California). PIZARRO asked if really. UM4590 said yes. PIZARRO said alright and told UM4590 to be on the alert. EOC

SB: CG

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (510) 695-6803 | Pertinent | 1582 | 03/23/2022 | 17:22:07 | 00:00:30.997 | Incoming | +52-9161172262 | UM2262 |

UM2262 to PIZARRO

PIZARRO said on Ellis and Leavenworth, over there where PIZARRO had taken them (third party) with the Chinese people. UM2262 said okay. PIZARRO said alright EOC

On March 22, 2022, towards the end of the first wiretap period, Pizarro confirmed that he was heading back from Los Angeles with some guys who had crossed the border, as follows:

| Case Name | Call Number | Target | Date | Time | Duration | Direction | Contact ID | Contact Name |
|---|---|---|---|---|---|---|---|---|
| BB-21-0064 | 1488 | (510) 695-6803 | 03/22/2022 | 10:44:51 | 00:03:51.997 | Incoming | (202) 499-3650 | FEDERAL PRISON LINE (JOEL) |

Recording- This call is from a Federal prison, you will not be charged for this call. This call is from JOEL. This call will be recorded and subject to monitoring a any time. [Background: voices] To accept this call press 5, to block this call and all future calls, press 7. To reject this c... You may begin speaking now. [Background: UM said he (UM) was on the way to (U/I).]

JOEL to PIZARRO

Parties greeted. JOEL asked if PIZARRO was busy working. PIZARRO said he (PIZARRO) was on his (PIZARRO) way back from to Los Angeles (California). PIZARRO said he (PIZARRO) had gone to pick up some dudes (third parties). JOEL asked if really, PIZARRO said yes and asked what was up. JOEL said all was good. PIZARRO said he (PIZARRO) had not arrived to Los Angeles (California) yet. JOEL said okay. PIZARRO asked what was up with JOEL. JOEL said nothing, he (JOEL) was just there. JOEL asked if PIZARRO had gone to pick up the guys that were traveling (crossing the border) with Cheche. PIZARRO sai yes. JOEL asked if those guys (Che Che and others) had come across already, PIZARRO said yes. JOEL said that was very fast. PIZARRO said PIZARRO was going to help Che Che out, but he (Che Che) was going to have to wait there, until PIZARRO got some money together to send for him (Che Che). JOEL sai that was good. [Background: UM said he (UM) had spent 2,000.]

On March 24, 2022, Pizarro was intercepted helping other individuals across the border; he also said that he was going to cut off his phone number because he "had been working a lot with it already," as follows:

| 03/24/2022 10:50:01 | 1653 | TT2- Hever Suarez a.k.a. PIZARRO | (510) 695-6803 | Incoming | UF3131 | (928) 988-3131 | Voice | 00:01:26.997 | Pertinent | SYNOPSIS REVIEWED | Synopsis or Summary Reviewed | English |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

UF3131 to PIZARRO

UF3131 said they (UF3131 and others) were on the road and asked if the person picking them (2 people crossing the border) up would have the other 1,000. PIZARRO said yes and said UF3131 was going to take them (2 people who crossed the border) to the same spot where she (UF3131) had taken the last (3 people). UF3131 said that was her (UF3131) her (UF3131) sister and Ernie. [Aside: PIZARRO said he (PIZARRO) needed the address to where the dude was going to be dropped off. UM said over in (U/I).] PIZARRO said he (PIZARRO) would send UF3131 the address. UF3131 said okay and asked if they (person picking people up) would have the other money. PIZARRO said they (person picking people up) would have the 1,000 dollars. PIZARRO said they (PIZARRO and UF3131) had that shit on lock already. PIZARRO said he (PIZARRO) told UF3131 they (PIZARRO and UF3131) were going to make money. UF3131 said yeah. PIZARRO said just between him (PIZARRO) and UF3131, nobody else. PIZARRO said this phone number was going to be cut off because he (PIZARRO) had been working a lot with it already. PIZARRO told UF3131 to call him (PIZARRO) on the other one, on the 707. PIZARRO said if not, he (PIZARRO) would call UF3131 from his (PIZARRO) new number. PIZARRO said he (PIZARRO) was probably going to shut it (TT2 number) down after today. UF3131 said she (UF3131) had forgotten to switch it over to the 707 (number), but would do that right now. PIZARRO said he (PIZARRO) was about to send UF3131 a picture right now of the address. UF3131 said okay. PIZARRO told UF3131 to be safe, UF3131 said okay.

In May and June 2022, the DEA intercepted Pizarro's communications during a second wiretap period. Like the first wiretap period, Pizarro spent the entire second period dealing drugs. For instance, on May 11, 2022, Pizarro received a request for "20" of "cri," which is likely code for methamphetamine, and on May 14, 2022, he asked an individual to bring him "1 ½" (although the recipient of the request said he had only "1 and 2 little bars" and there was "no more cooked" – when drug dealers cut or prepare their product, sometimes they refer to it as cooking). On May 17, 2022, Pizarro was captured requesting half a pound of methamphetamine ("crystal"), and in another communication from the same day, he was captured requesting nine ounces of cocaine which he would then provide to individuals who were coming over from Florida. Additionally, on May 30, Pizarro took another order of narcotics – fentanyl ("yellow") and heroin ("chiva") – but explained that the heroin was not yet ready for street distribution because it was in powder form. Summaries of the intercepted communications follow:

*May 11, 2022: request for 20 of "cri"*

| 05/11/2022 19:34:45 | 44 | TT2- Hever Suarez a.k.a. PIZARRO | (925) 812-4182 | Incoming | UM5034 | (628) 358-5034 | Text | 00:00:00 | Pertinent |
|---|---|---|---|---|---|---|---|---|---|

SMS Text: Huero si me vendes un 20 de cri

Translation: Huero, could you sell me a 20 of "cri" (possibly narcotics)?

*May 14, 2022*

05/14/2022 21:20:25 1088 TT2- Hever Suarez a.k.a. PIZARRO (925) 812-4182 Outgoing UM3913 (510) 978-3913 Voice 00:00:43.995 Pertinent Synopsis or Summary Complete Spani

PIZARRO to UM3913

PIZARRO asked UM3913 to bring him (PIZARRO) 1 1/2. UM3913 said he (UM3913) only had 1 and 2 little bars. UM3913 said there was no more cooked. PIZARRO asked in how long he (UM3913) would be there (PIZARRO's place). UM3913 said in 10 (minutes). EOC

SB: CG

*May 17, 2022: Pizarro requesting half a pound of methamphetamine*

(925) 812-4182 05/17/2022 09:49:10 Pertinent 00:00:51.996 Outgoing 1204 (510) 978-3913 UM3913

PIZARRO to UM3913

PIZARRO asked if UM3913 was on his way already. UM3913 said yeah, and that he (UM3913) was close by the house. PIZARRO said he (PIZARRO) also needed a half of "crystal" (possibly narcotics). UM3913 said he (UM3913) did not have any "crysti" (crystal, possibly narcotics), and asked if PIZARRO needed half a pound or half an ounce. PIZARRO said half a pound, unless he (UM3913) had some (ounces), but that day [PH] when he (UM3913) made him (PIZARRO) some ounces was too expensive and he (PIZARRO) did not make any profit. UM3913 said he (UM3913) did not have any ounces right now, but his (UM3913's) buddy told him (UM3913) that he (UM3913's buddy) would probably have some (ounces). PIZARRO said he (PIZARRO) needed it (ounces) right now, [U/I] would need to work right now. UM3913 said he (UM3913) would call him (UM3913's buddy) right now and confirm to see if he (UM3913's buddy) had any (ounces). UM3913 said if he (UM3913's buddy) had any (ounces), then they (UM3913 and PIZARRO) could get it (ounces) right now. PIZARRO said alright.

*May 17, 2022: requesting nine ounces of cocaine ("perico") for individuals coming from Florida*

(925) 812-4182 05/17/2022 11:37:23 Pertinent 00:01:12.995 Outgoing 1255 (510) 978-3913 UM3913

PIZARRO to UM3913

PIZARRO asked how much he (UM3913) could get 9 ounces of "perico" (parakeet/possibly narcotics) for. UM3913 said same (price). PIZARRO asked if at the same (price) he (UM3913) was getting... [thought not finished by PIZARRO]. UM3913 said at $750. PIZARRO asked if [U/I] "perico"

| Target | Date | Time | Record Flag | Duration | Direction | Call Number | Contact ID | Contact Nam |
|---|---|---|---|---|---|---|---|---|

(parakeet/possibly narcotics). UM3913 said yes, "perico" (parakeet/possibly narcotics). PIZARRO said the thing was that some guys (third party) were coming from Florida, and since he (PIZARRO) got involved with the Gamboreanos [PH] he (PIZARRO) was sometimes getting good contacts/requests. PIZARRO said the Gamboreanos [PH] were asking him (PIZARRO) if he (PIZARRO) could do it, because the guys (third party) that were coming from Florida wanted good quality. UM3913 said he (UM3913) had asked for some "perico" (parakeet/possibly narcotics), but it would not be till [U/I]. PIZARRO said in that case he (PIZARRO) would offer it (perico/possibly narcotics) to them (third party) at a good price so they (third party) would not run away, so he (PIZARRO) could get some (profit). PIZARRO said later they (PIZARRO and UM3913) could figure out the numbers. UM3913 said alright.

*May 30, 2022: Pizarro taking a request for fentanyl ("yellow") and heroin ("chiva") but explaining the heroin was not yet ready for street distribution because it was in powder form*

(925) 812-4182 Pertinent 2151 05/30/2022 21:15:20 00:01:10.998 Incoming (209) 494-4805 UM4805

UM4805 to PIZARRO

UM4805 asked if he (PIZARRO) had yellow. PIZARRO said he (PIZARRO) did. UM said he (UM4805) would take the yellow. UM4805 said he UM4805 had a lot of stuff for him (PIZARRO) and his lady, especially his (PIZARRO's) lady. UM4805 said (U/I). UM4805 said "Chiva" too. PIZARRO said he (PIZARRO) only had powdered "Chiva" and asked if he (UM4805) wanted it. UM4805 asked if it was street ready. PIZARRO said no, it was powder. UM4805 said he would take it. PIZARRO asked how much money he (UM4805) had so he (PIZARRO) could take whatever he (PIZARRO) was going to take. [Call disconnects]

It was also clear that Pizarro was using other individuals – whom he called "pistoleros" – to help him distribute drugs. For instance, on May 12, 2022, Pizarro was caught stating that he had some pistoleros ready to work, and that he (Pizarro) had some good ones. In a call from the following day

(May 13), Pizarro told his associate he was going to have a pistolero drive for him. Later, on May 16, Pizarro was captured requesting drugs from someone and stating that he needed one of the halves now; thirty minutes later, Pizarro told the same person that he was working (i.e., dealing drugs) and so would send a pistolero. Additionally, on May 18, 2022, Pizarro said things went "downhill" and it was "fucked," because they – referring to the "pistoleros" – got caught on the street; in the same call, Pizarro said he wanted only one half (a unit of narcotics). Summaries of the intercepted communications follow:

*<u>May 12, 2022: extended discusion regarding pistoleros, with Pizarro describing them as "good ones"</u>*

05/12/2022 10:57:39 73 TT2- Hever Suarez a.k.a. PIZARRO (925) 812-4182 Outgoing YUYO (704) 363-4229 Voice 00:02:06.006 Pertinent Synopsis or Summary Complete Spanish

PIZARRO to YUYO

PIZARRO referred to UM4229 as YUYO. PIZARRO asked how everything was, YUYO said he (YUYO) was at home. PIZARRO said he (PIZARRO) was working, YUYO asked if already. PIZARRO said yes, he (PIZARRO) had gone (to work) a while ago. YUYO said he (YUYO) was doing laundry. PIZARRO told YUYO to get on it because he (PIZARRO) had some "pistoleros" (possibly workers) ready, so they (PIZARRO) could [U/I] on Saturday. YUYO said okay. PIZARRO said he (PIZARRO) had some good ones (possibly workers) there. PIZARR asked if that other guy (third party) had stayed there (possibly house) or what. YUYO said that guy (third party) said he (third party) was going to leave, but did not know. YUYO said there was only 2 of them right now (possibly at the house). PIZARRO asked if Flaco and YUYO. YUYO said yes, but Flaco was going to get another 2 (possibly workers). PIZARRO referred to YUYO as Yuyo and said they (PIZARRO, YUYO, and Flaco) had to get some good people (workers) in there. PIZARRO said he (PIZARRO) would give YUYO a good price on the "federico" (possibly narcotics) so YUYO could make a profit as well. YUYO said okay. PIZARRO said they (PIZARRO and YUYO) would come to an agreement. PIZARRO said to tell Flaco not to bring anyone in there (house), because YUYO already knew how things worked. PIZARRO said they (PIZARRO, YUYO and Flaco) did not need to get burned (because of people). PIZARRO said he (PIZARRO) had another "pistolero" and the Salvatrucha (possibly referring to person from El Salvador) and that would be enough (people/workers) YUYO said okay. PIZARRO said he (PIZARRO) would see YUYO there (possibly San Francisco, California) then. YUYO said okay and asked if it (streets/block) was calm. PIZARRO said yes. YUYO said he (YUYO) would be there soon, PIZARRO said okay. EOC

*<u>May 13, 2022: Pizarro stating he was going to take a pistolero and have him drive</u>*

05/13/2022 22:45:55 545 TT2- Hever Suarez a.k.a. PIZARRO (925) 812-4182 Incoming UM6820 (415) 368-6820 Voice 00:01:25.008 Pertinent Synopsis or Summary Complete Spanish

UM6820 to PIZARRO

UM6820 said [U/I]. PIZARRO asked what was up. UM6820 said he (UM6820) would bring over the Infiniti. PIZARRO said he (PIZARRO) did not want go on a stolen car. UM6820 said it was not a stolen car, since he (UM6820) had the bills to his (UM6820) name. PIZARRO

r System Date Time Call Number Target Name Target Direction Contact Name Contact ID Call Type Duration Record Flag Labels Workflow Status Languag

said he (PIZARRO) preferred following them (UM6820 and others) on his (PIZARRO's) car. UM6820 asked if they (UM6820 and others) should send over the clubs address. UM6820 said he (UM6820) went to a mechanic and he (mechanic) checked the car's VIN number and it (car) was not stolen, but had been on an auction and the guy that was registering [U/I]. PIZARRO said yeah, told UM6820 to send over the clubs address. UM6820 asked where he (UM6820) would see PIZARRO. PIZARRO asked UM6820 to send the clubs address and told UM6820 he (PIZARRO) would take a "Pistolero" (gunman) for him (gunman) to drive. UM6820 said alright. EOC

*<u>May 16, 2022: Pizarro requesting drugs and then stating 30 minutes later that he would send a pistolero (to pick up the requested drugs)</u>*

Pertinent 1172 (925) 812-4182 05/16/2022 17:00:23 00:00:39.001 Outgoing (510) 978-3913 UM3913

PIZARRO TO UM3913

UM3913 asked what was up. PIZARRO asked if UM3913 could come by real quick and bring him (PIZARRO) a half (possibly narcotics) and then bring him (PIZARRO) another one (possibly narcotics) later. PIZARRO said he (PIZARRO) needed one of the half's now and wanted to know how long it would take UM3913.

UM3913 said he (UM3913) could be there in 20 (minutes) because he (UM3913) was at Cardenas right now and had to go to [U/I]. PIZARRO said okay, 20 minutes, and would wait for UM3913.

EOC
SB: YR

Pertinent 1174 (925) 812-4182 05/16/2022 17:29:23 00:00:33.007 Incoming (510) 978-3913 UM3913

UM3913 TO PIZARRO

UM3913 told PIZARRO that he (UM3913) was there, and he (PIZARRO) asked if at the liquor store. UM3913 said yes. PIZARRO said he (PIZARRO) was working right now but would send Pistolero. UM3913 said all right.

*May 18, 2022: Pizarro stating things went downhill and it was "fucked" because the pistoleros got caught on the street*

(925) 812-4182 05/18/2022 20:56:15 00:00:39.997 Pertinent 1289 Outgoing (510) 978-3913 UM3913

PIZARRO to UM3913

PIZARRO told UM3913 he (possibly PIZARRO) should not have gotten the "pistoleros" involved because that was the reason why it (possibly work went down hill. UM3913 asked if really. PIZARRO said it was fucked, because they ("pistoleros") got caught on the street. UM3913 said it was fucked. PIZARRO said he (PIZARRO) only wanted 1 half (possibly narcotics) right now and asked in how long he (UM3913) would arrive. UM3913 said 20 minutes. PIZARRO said okay, and asked if it (possibly narcotics) was the same (kind), but there was no response. EOC

*May 23, 2022: Pizarro stating he was going to send the "same kid he always sends" and asking the person to let him (Pizarro) know when the kid arrived and to bring 1 of water (code for crystal methamphetamine and ½ of the white (which could be fentanyl or cocaine)*

(925) 812-4182 05/23/2022 20:25:53 00:00:30.001 Pertinent BB-21-0064 Outgoing (510) 978-3913 UM3913

PZARRO TO UM3913

PIZARRO asked if he (UM3913) would be there right now. UM3913 said yes, he (third party, possible runner) was on his way. PIZARRO said he (PIZARRO) was going to send the same kid he (PIZARRO) always sends but asked that he (UM3913) let him (PIZARRO) know when he (UM3913) was there. PIZARRO asked that he (UM3913) bring 1 of water 1/2 of the white.

On May 20, 2022, Pizarro was captured speaking with someone who was in jail. Pizarro and that individual talked about what was needed in order to make bail: someone who was a "legalized" and who had a clean record. Critically, Pizarro told the jailed person that "**he used to have a white girl who took them (workers in jail) out, but [she] had gotten busted**" (emphasis added), indicating that Pizarro knew how to game the courts:

Pertinent 1327 (925) 812-4182 05/20/2022 12:50:58 00:02:59.002 Outgoing (510) 880-9167 UM9167

PIZARRO TO UM9167

PIZARRO said that dude (Toto per call 1326) had court at 1:30 and would get released soon. PIZARRO said his (Toto) bail was $2,500 and asked if he (Toto) had that amount on hand. UM9167 said he (UM9167) did not know, he (Toto) mentioned he (Toto) had some money saved. UM9167 said i was better for him (Toto) to wait because he (UM9167) did not want to touch it (possibly Toto's money). PIZARRO told UM9167 not to touch anythin because it was tough. UM9167 said he (Toto) told him (UM9167) to go there and throw away some things, but he (UM91667) rather not. PIZARRO agreed and said he (Toto) was going to get released right now at 1:30. UM9167 said okay.

UM9167 said he (UM9167) was at the block, and if he (Toto) got released, he (Toto) would most likely go there (to the block). PIZARRO asked what he (Toto) was told. UM9167 said he (UM9167) did not know, he (Toto) just called and asked him (UM91667) to find out about the bail. PIZARRO sai the problem about paying bail was that someone who was legalized (US citizen or Resident Alien) had to go (pay bail) and had to have a clean record. PIZARRO said the only person he (PIZARRO) knew was his (PIZARRO's) wife, but [Audio glitch] [U/I] was not able to get anyone out (of jail) because of those dudes (third parties). UM9167 said he (UM9167) would let him (Toto) know. UM9167 said most likely he (Toto) did not have (all of) the money and would have to suck it up and just wait. PIZARRO said if he (Toto) was not released today he (Toto) would have to stay (in jail) all weekend. UM9167 said even if bail was paid, he (Toto) would most likely not get released until Monday. PIZARRO said no, once bail was paid, he (Toto) would get released. PIZARRO said the problem was that there was no one who could vouch for him (Toto). PIZARRO said he (PIZARRO) had no one right now. PIZARRO said he (PIZARRO) used to have a white girl who took them (workers in jail) out, but had gotten busted. PIZARRO said it was also a lot of money, 2,500 and he (PIZARRO) did not have that amount right now. UM9167 said he (Toto) was going tc have to wait. PIZARRO said yes. UM9167 said his (Toto's) wife could have his (Toto's) relatives [U/I]. PIZARRO said he (Toto) would get released. UM9167 said he (Toto) had been locked up since Wednesday and did not think he (Toto) would still be in (jail) until Monday. PIZARRO said he (Toto) would get released soon, and was going to go to court at 1:30. UM9167 said he (Toto) was going to call him (UM9167) after court. PIZARRO said okay. EOC

Pizarro was also cognizant of being caught by the police. For example, during calls from May 23, Pizarro was caught instructing someone to take a "pound" of "ciko" (some type of drug) and half of rocks, and telling the same person that there were "police patrols" out there earlier and that the person should have it ready in case anything comes up:

(925) 812-4182 05/23/2022 20:39:34 00:00:35.006 Pertinent BB-21-0064 Outgoing (341) 777-3433 UM3433

PIZARRO to UM3433

PIZARRO told UM3433 to head over there. PIZARRO said he (UM3433) [U/I] the one with the white Honda. PIZARRO told UM3433 to take a backpack since he (UM3913 per call 1445) was going to take a pound of "ciko" (possibly crystal) and half of rocks.

EOC
SB: SO

(925) 812-4182 05/23/2022 20:51:26 00:01:17.002 Pertinent BB-21-0064 Incoming (341) 777-3433 UM3433

UM3433 to PIZARRO

| Target | Date | Time | Duration | Record Flag | Case Number | Direction | Contact ID | Contact Name |
|---|---|---|---|---|---|---|---|---|

UM3433 told PIZARRO he (UM3433) went to get it (possibly narcotics) already. PIZARRO asked if UM3433 had gotten the stuff already and UM3433 said yes. PIZARRO said he (PIZARRO) was going to be there shortly and thanked him (UM3433). UM3433 asked if PIZARRO could get him (UM3433) something to eat and UM3433 would pay him (PIZARRO) later. PIZARRO said he (PIZARRO) was in San Pancho (San Francisco, California) and was not going to take that long, he (PIZARRO) just needed to buy a hamburger for his lady (possibly Carrillo). UM3433 asked PIZARRO to get him (UM3433) a hamburger as well. PIZARRO said okay.

PIZARRO said there were some police patrols out there earlier and told UM3433 to get that thing and open the closet... [thought was not finished by PIZARRO] PIZARRO said (not to worry), but for UM3433 to have it (possibly narcotics) ready in case anything comes up. UM3433 said [U/I]. PIZARRO said they (UM3433 and PIZARRO) had to be... (on the alert) because there was a police patrol outside and that was why he (PIZARRO) was telling him (UM3433) in case anything came up, they (PIZARRO and UM3433) had to be on the alert. UM3433 said yes, always. EOC

In a call from May 27, 2022 (No. 1788), Pizarro received a call from someone in prison. After the two discussed "hustling," which in this context was code for dealing drugs, Pizarro admitted that he had been in San Francisco for a year now. As stated, law enforcement knows from its investigation that Pizarro had been dealing drugs since at least late August 2021.

Later, on May 30, 2022, Pizarro was captured warning his associate that law enforcement was in the area. He also described how he thought law enforcement was going to capture him as follows:

(925) 812-4182 Pertinent 2124 05/30/2022 14:24:29 00:02:45.004 Outgoing (704) 363-4229 YUYO

PIZARRO to YUYO

PIZARRO asked if YUYO was out on the street. YUYO said yeah. PIZARRO said he (YUYO) was not going to believe how [U/I]. YUYO aske if it (location) was hot (possibly with law enforcement). PIZARRO said he (YUYO) was not going to believe how exaggerated it (situation) was. YUYO said he (YUYO) was by [U/I]. PIZARRO said the [U/I] were there to catch and [U/I]. [Aside: PIZARRO told UM he (third party) would have the "glass" in 20 minutes [U/I]. UM asked if in 20 minutes. PIZARRO said yes, and told UM they (UM and others) could wait, otherwise it was no problem. UM said [U/I]]. YUYO said he (YUYO) was going to head back. PIZARRO said he (PIZARRO) was honestly telling him (YUYO) that [U/I] an everyone got out. PIZARRO told YUYO that they (PIZARRO and others) were on Ellis smoking with some dude when [U/I] and the guys were there when he (PIZARRO) noticed the "papas" (possibly law enforcement) approaching, so he (PIZARRO) told the guys the "chocha" (possibly law enforcement) was coming. PIZARRO said [U/I] and before he (PIZARRO) knew it they (possibly law enforcement) jump on them (PIZARRO and others) and they (possibly law enforcement) got very close to caught them. PIZARRO said he (PIZARRO) was walking out of there like he (PIZARRO) was minding his own business when the badge (possibly law enforcement car) went right by him (PIZARRO) and crossed his (PIZARRO's) path once he (PIZARRO) was already by [U/I]. PIZARRO said all he (PIZARRO) could do was close his eyes and pray to God, becaus for sure he (PIZARRO) thought the badge (possibly law enforcement car) was going to take him (PIZARRO) in. PIZARRO said but he (possibly law enforcement) only went right passed him (PIZZARRO) and turn the (siren) lights on and [U/I] running [U/I] 3 badges (possibly law enforcement cars). PIZARRO said he (PIZARRO) was walking and [U/I]. YUYO said fucked that he (YUYO) was just going to go back. YUYO thanked PIZARRO fo letting him (YUYO) know. PIZARRO said he (PIZARRO) was just letting him (YUYO) know because of how it (situation) was. YUYO said he (YUYO) was going to go back and instead was going to throw in his sandal and send his (YUYO's) clothes to the lady (possibly to do laundry). PIZARRO sai they (PIZARRO and YUYO) could go in the [U/I] and he (PIZARRO) would take him (YUYO) over there (to the lady), and that way he (PIZARRO) would buy some for his (PIZARRO's) mom and send it. YUYO asked if PIZARRO was on his way already. PIZARRO said he (PIZARRO) was at home because he (PIZARRO) got spooked. YUYO said he (YUYO) was going to head back and would wait for PIZARRO at the house, because he (YUYO) was going to arrive there (house) first. PIZARRO said he (PIZARRO) was at the house already. PIZARRO said he (PIZARRO) was carrying a bunch of [U/I]. YUYO said he (YUYO) was going to head back and be there (house) shortly. PIZARRO said he (PIZARRO) almost got screwed [U/I] because he (PIZARRA) was carrying 22 (possibly narcotic units). YUYO said dang. PIZARRO laughed, and said he (PIZARRO) would wait for him (YUYO) there (house) so they (PIZARRO and YUYO) could go take care of that and [U/I] the car. YUYO said alright.

Towards the end of the second wiretap period, on June 1, 2022, Pizarro was captured stating he was working with "federico" (likely fentanyl) and M30 pills (which in this area are laced with fentanyl), and in fact, just five days later, Pizarro was caught with a significant amount of fentanyl and M30 pills:

*June 1, 2022, at 19:19:01 (No. 2205): Pizarro stating he was working with fentanyl and M30 pills*

PIZARRO told TIMBO he (PIZARRO) was working with "Federico" (possibly Fentanyl) and M30 pills (possibly narcotics). TIMBO asked if PIZARRO had plenty (possibly narcotics), and PIZARRO said he (PIZARRO) did. TIMBO asked what about "Federico" (possibly fentanyl) PIZARRO said he (PIZARRO) had all kind of colors of "Federico" (possibly narcotics), whatever color he (TIMBO) wanted. TIMBO said he (TIMBO) had never worked with that ("Federico", possibly Fentanyl). TIMBO said he (TIMBO) had never worked ounces of that (kind) (possibly Fentanyl). PIZARRO said that was what he ( PIZARRO) was working with right now, with "Federico" and pills (possibly narcotics). TIMBO said he (TIMBO) was going to ask the lady and if she (lady) would help him (TIMBO) to get "work"(possibly narcotics) out.

## III.    LAW AND ARGUMENT

The defendant should be detained pretrial.  First, the United States has established by a preponderance that the defendant is a risk of flight whose appearance cannot be reasonably assured by any conditions.[3]  Pizarro has been deported on multiple occasions and has a recent illegal reentry conviction.  He was even caught talking about a woman who he used to bail individuals, but that particular person could no longer be used because she had gotten busted (Pizarro stating on a wiretap that "**he used to have a white girl who took them (workers in jail) out, but [she] had gotten busted**").  This clearly indicates that Pizarro knows how to game the courts.

Additionally, the United States has also established that Pizarro is a danger to the community. His business is dealing drugs and guns and has been doing so since at least August 2021.  He deals not only methamphetamine, but fentanyl, which is especially lethal.  In fact, just two milligrams of fentanyl,[4] depicted in the following picture, is lethal in most people:

---

[3] Detention is appropriate where a defendant is either a danger to the community or a flight risk; it is not necessary for the government to prove both.  *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).  A finding that a defendant is a danger to the community must be supported by clear and convincing evidence, but a finding that a defendant is a flight risk need only be supported by a preponderance of the evidence.  *Id.*

Additionally, in this case there is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant and the safety of the community because the Court has already found that there is probable cause to believe that the defendant committed an offense for which the maximum term of imprisonment in the Controlled Substances Act is ten years' imprisonment or more.  *See* 18 U.S.C. § 3142(e)(3)(A).

[4] *See* https://www.dea.gov/sites/default/files/2021-12/DEA-OPCK_FactSheet_December%202021.pdf, last visited June 7, 2022 (December 2021 publication stating

**Fentanyl**

*See* https://www.dea.gov/galleries/drug-images/fentanyl, last visited June 7, 2022

Notably, on June 6, 2022, Pizarro was caught with 500+ grams of fentanyl on the day of his arrest (along with guns and other drugs).

Furthermore, as established by the wiretap intercepts, Pizarro continued to deal drugs even as he thought law enforcement might bust him, and he also took steps to thwart law enforcement: he had six phones and said he was cutting off one of his phones because he had used it too much for work. Pizarro also carried firearms, including a Glock with a 30+ round magazine. And, importantly, he admitted he would use those firearms as necessary. In particular (and as stated above), on March 17, 2022, Pizarro was caught on the wiretap talking about how a black man had gotten beaten up. Pizarro said it was too much to put up with that man and "they" asked Pizarro what to do with him. **Pizarro told them to fuck him up, and if there was a problem, Pizarro had a gun ("cuete") on him**.

//

//

//

//

//

//

that 2 mg of fentanyl is considered a deadly dose and that 4 out of 10 pills DEA tests contain a potentially lethal dose).

No condition or combination of conditions can secure Pizarro's appearance as required or protect him from the community. This Court should detain Pizarro on both grounds.

DATED: June 13, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/S/
RYAN REZAEI
Assistant United States Attorney